IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE BETANCOURT,<br><br>                    Defendant. | CASE NO. 1:22-MJ-00024-BAM<br><br>ORDER UNSEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT |

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the complaint, arrest warrant, and affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

   Dated:   **February 7, 2022**              /s/ *Barbara A. McAuliffe*         
                                         UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL COMPLAINT